# Exhibit 2

**Charming Beats <contact@charmingbeats.com>**                                                    9/15/2021 2:27 PM

licensing

To sheila.monson@outlook.com <sheila.monson@outlook.com>

Hello,

we noticed Alaska Living is displaying video content paired with the music of The American Dollar, whom we represent. We do not have any record of granting a license for these pieces, we request that you kindly forward your license information for the use of their music to our email address: contact@charmingbeats.com

https://www.youtube.com/watch?v=EQSl4_VYBCA

Thank You,
Charming Beats Licensing
Queens, NY