Exhibit 3

**GARBARINI FITZGERALD P.C.**

250 Park Avenue
7th Floor
New York, New York 10177
Phone: 212.300.5358
Fax: 888.265.7054
www.garbarinilaw.com

May 24, 2022

**NOTICE OF LITIGATION
DEMAND TO CEASE AND DESIST
DEMAND TO PRESERVE DOCUMENTS**

VIA EMAIL To: sheila.monson@outlook.com
FIRST-CLASS MAIL

Sheila Monson
Realtor
Alaska Living & Real Estate
Keller Williams Alaska Group
621 S. Knik Goose Bay Road
Wasilla, AK 99654

Re:     Charming Beats LLC. adv. Monson

Ms. Monson:

I represent Charming Beats LLC the sole owner of the copyrighted recording and composition titled "Equinox" – U.S. Copyright Registration No. SR 713-239 (the "Copyrighted Track").  MONSON, without license or authority, copied and synchronized the Copyrighted Track to an infringing advertisement titled "Alaska Living And Real Estate! Dinner Cruises on our Floating Dock at Alaska's Heritage Lodge!" (the "Infringing Advertisement").  MONSON also distributed the Infringing advertisement to YouTube where it was publicly displayed on AKA's YouTube page located at <https://www.youtube.com/watch?v=EQSl4_VYBCA>.

At no time did you have a license to synchronize, distribute, or publicly display the Copyrighted Track.  You were informed of the fact that there was no license by email from my client dated September 15, 2021; you failed to respond.  This is the final attempt to resolve this matter pre-litigation.  My client is willing to work with you, despite your clearly intentional infringement and failure to respond.

Provided you immediately cease-and-desist, and contact me at rgarbarini@garbarinilaw.com or at 212.300.5358, no later than 3:00 pm on May 27, 2022, I will

refrain from filing an action. I cannot stress enough, that your failure to contact me to discuss a resolution will leave me with no choice but to file against you in the Federal Court for the Eastern District of New York. In the interim, you are required to preserve all documents including web pages, in their original condition, or face a possible spoliation charge at the trial of this action.

                                          GARBARINI FITZGERALD P.C.

                                          By: *[signature]*

                                              Richard M. Garbarini