# Exhibit 4

## Final Notice

Richard Garbarini

Sun 7/17/2022 12:44 AM

To:sheila.monson@outlook.com <sheila.monson@outlook.com>

📎 1 attachments (129 KB)
Monsoon Realty Notice of litigation.pdf;

Ms. Monsoon:

I sent the attached to you over a month ago. Your failure to reply has now escalated this matter to litigation. If you do not contact me on Monday before 5:00 pm, I will file the complaint.

**Richard Garbarini**
GARBARINI FITZGERALD P.C.
250 Park Avenue, 7th Fl.
New York, NY 10177
Office : 212.300.5358
Fax : 212.731.0278
*certa bonum certamen*

CONFIDENTIALITY NOTE -- THIS E-MAIL TRANSMISSION IS INTENDED ONLY FOR THE USE OF THE INDIVIDUAL OR ENTITY TO WHICH IT IS ADDRESSED AND MAY CONTAIN INFORMATION THAT IS PRIVILEGED, CONFIDENTIAL OR EXEMPT FROM DISCLOSURE UNDER APPLICABLE LAW. If the reader of this transmission is NOT the intended recipient, or the employee or agent responsible to deliver it to the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, please notify the GARBARINI FITZGERALD immediately by telephone at 212.300.5358 and delete this message from your system.