# Exhibit 5

Re: Charming Beats, LLC adv. Monson

Richard Garbarini
Tue 8/9/2022 5:46 PM
To: Sheila Monson <sheila.monson@outlook.com>

Ms. Monson:

We are now forced to escalate this to litigation, we could have resolved this for a license fee, but you have left us no-choice. Get back by tomorrow at 5:00 pm, or I will file.

**Richard Garbarini**
GARBARINI FITZGERALD P.C.
250 Park Avenue, 7th Fl.
New York, NY 10177
Office : 212.300.5358
Fax : 212.731.0278
*certa bonum certamen*

CONFIDENTIALITY NOTE -- THIS E-MAIL TRANSMISSION IS INTENDED ONLY FOR THE USE OF THE INDIVIDUAL OR ENTITY TO WHICH IT IS ADDRESSED AND MAY CONTAIN INFORMATION THAT IS PRIVILEGED, CONFIDENTIAL OR EXEMPT FROM DISCLOSURE UNDER APPLICABLE LAW. If the reader of this transmission is NOT the intended recipient, or the employee or agent responsible to deliver it to the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, please notify the GARBARINI FITZGERALD immediately by telephone at 212.300.5358 and delete this message from your system.

**From:** Sheila Monson <sheila.monson@outlook.com>
**Sent:** Tuesday, May 24, 2022 8:57 PM
**To:** Richard Garbarini <rgarbarini@garbarinilaw.com>
**Subject:** Re: Charming Beats, LLC adv. Monson

No idea what you are talking about, regardless, I had my marketing department remove the video.



Sheila Monson, Realtor

Alaska Living & Real Estate
Keller Williams Realty Alaska Group
907-841-0840
www.sheilamonson.com

---

**From:** Richard Garbarini <rgarbarini@garbarinilaw.com>
**Sent:** Tuesday, May 24, 2022 4:21 PM
**To:** sheila.monson@outlook.com <sheila.monson@outlook.com>
**Subject:** Charming Beats, LLC adv. Monson

Ms. Monson:

See the attached demand to cease-and-desist.

**Richard Garbarini**
GARBARINI FITZGERALD P.C.
250 Park Avenue, 7th Fl.
New York, NY 10177
Office : 212.300.5358
Fax : 212.731.0278
www.garbarinilaw.com
*certa bonum certamen*

CONFIDENTIALITY NOTE -- THIS E-MAIL TRANSMISSION IS INTENDED ONLY FOR THE USE OF THE INDIVIDUAL OR ENTITY TO WHICH IT IS ADDRESSED AND MAY CONTAIN INFORMATION THAT IS PRIVILEGED, CONFIDENTIAL OR EXEMPT FROM DISCLOSURE UNDER APPLICABLE LAW. If the reader of this transmission is NOT the intended recipient, or the employee or agent responsible to deliver it to the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, please notify the GARBARINI FITZGERALD immediately by telephone at 212.300.5358 and delete this message from your system.