Exhibit 6

**GARBARINI FITZGERALD P.C.**

250 Park Avenue
7th Floor
New York, New York 10177
Phone: 212.300.5358
Fax: 888.265.7054
www.garbarinilaw.com

November 12, 2022

**NOTICE OF LITIGATION
DEMAND TO CEASE AND DESIST
DEMAND TO PRESERVE DOCUMENTS**

VIA EMAIL To*:* sheila.monson@outlook.com
FIRST-CLASS MAIL

Sheila Monson
Kevin Monson
PCMD Technologies
4930 E Hovey Dr,
Wasilla, AK 99654

      Re:    Charming Beats LLC. adv. Monson and PCMD Technologies (collectively "MONSON")

Mr. Monson:

    As you have been informed, I represent Charming Beats LLC the sole owner of the copyrighted recording and composition titled "Equinox" – U.S. Copyright Registration No. SR 713-239 (the "Copyrighted Track"). MONSON, without license or authority, copied and synchronized the Copyrighted Track to an infringing advertisement titled "FPV Aerial video of the Palmer Hayflats State Game Refuge" (the "Infringing Advertisement"). MONSON also distributed the Infringing advertisement to YouTube where it was publicly displayed on your YouTube page located at < https://www.youtube.com/watch?v=3mpmt6nDqes>.

    Despite being repeatedly informed that you have no right to exploit the Copyrighted Track in any manner, you continue to infringe my client's rights. A modicum of due diligence would have been necessary to comply with the prior cease-and-desist notices. You clearly have no interest in complying with the law.

    I have made taken every possible route to resolve this matter, but your continued infringing conduct demonstrates you believe you can take property and are above-the law. You, PCMD Technologies, Sheila Monson, and Alaska Living & Real Estate will all be named in the Complaint. This correspondence serves as notice that each of the aforementioned parties must

immediately cease-and-desist from any further use of the Copyrighted Track and preserve all documents, including email and webpages, concerning this matter.

GARBARINI FITZGERALD P.C.

By: _____
Richard M. Garbarini
