Rider

*Charming Beats LLC v. Alaska Group, LLC et al.*, 1:23-cv-04720-ARR-TAM

Defendants

BACKCOUNTRY WARRIORS LLC
11048 N Lakes O The Su Dr.
Willow, AK 99688.

PCMD TECHNOLOGIES
4930 E Hovey Dr.
Wasilla, AK 99654.

SHEILA MONSON
11048 N Lakes O the Su Dr #53
Willow, AK 99688.

KEVIN MONSON
4930 E Hovey Dr.
Wasilla, Alaska 99654