UNITED STATES DISTRICT COURT
for the
Eastern District of New York

| | |
|---|---|
| Charming Beats LLC <br><br> -vs- <br> Alaska Group LLC et al | **RETURN OF SERVICE** <br><br> Case No: <u>23-cv-4720</u> <br><br> Alaska Court Service <br> 821 N Street #104 <br> Anchorage, AK 99501 <br> 907-258-3211 |

249720

I certify that on Wednesday, September 20, 2023 at <u>4:22 PM</u>   I served the following documents:
Summons in a Civil Action; Complaint and Jury Demand for Damages for Copyright Infringement; Rider

for service upon <u>Alaska Group LLC et al</u>

at <u>101 W Benson Blvd Ste 503</u>   in <u>Anchorage,</u>   Alaska.
By leaving a true and correct copy with   Barbara Huntley (Reg Agent)

SUBSCRIBED AND SWORN to me on   September 21, 2023

Client:  Garbarini Fitzgerald PC
         250 Park Ave, 7th Floor
         New York, NY . 10177

Attention:
File No:

Service Fee:   $55.00
Mileage:       $20.00
Endeavor:      $7.80   39 Pages at $0.20 per page
Endeavor:
Total:         $82.80

Process Server /   STEVE ARTURO

Notary Public in and for the State of Alaska
My Commission Expires 6-5-2025



'OFFICIAL SEAL'
ROD ZIEGER
NOTARY PUBLIC, STATE OF ALASKA
MY COMMISSION EXPIRES 6-05-25