## GARBARINI FITZGERALD P.C.

250 Park Avenue
7th Floor
New York, New York 10177
Phone: 212.300.5358
Fax: 888.265.7054
www.garbarinilaw.com

October 9, 2023

Honorable Taryn A. Merkl
U.S. Magistrate Judge
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

Re: *Charming Beats LLC v. Alaska Group LLC et al., 23-cv-4720 (ARR)(TAM)*
**Response to Order to Show Cause**

Your Honor:

I write in response to the Court's Order dated September 25, 2023, requesting the status of service on the defendants. To date, defendants ALASKA GROUP, LLC, PCMD TECHNOLOGIES, and KEVIN MONSON have been served with a copy of the Summons and Complaint. The Declaration for defendant ALASKA GROUP LLC has been filed, and the Declarations for defendants PCMD TECHNOLOGIES, and KEVIN MONSON will be filed in the next few days.

Defendants BACKCOUNTRY WARRIORS LLC, and SHEILA MONSON have yet to be served due to the fact that both of the unserved defendants are domiciled 100 miles north of Anchorage (the closest location for a process server), making it highly problematic to effectuate service. I have been informed, however, that service has been attempted and is expected to be effectuated on both unserved defendants within the next two weeks.

GARBARINI FITZGERALD P.C.

By: /s/ Richard M. Garbarini
Richard M. Garbarini

cc; (All defendants by First Class Mail)

CERTA BONUM CERTAMEN ◆ FIGHT THE GOOD FIGHT

GARBARINI FITZGERALD P.C.
Page 2

17896-00640/4480003.1