UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| CHARMING BEATS LLC,<br><br>                      Plaintiff,<br>  -against-<br><br>ALASKA GROUP, LLC, BACKCOUNTRY WARRIORS LLC, PCMD TECHNOLOGIES, SHEILA MONSON and KEVIN MONSON,<br><br>                      Defendants. | Civil Action No.: 1:23-cv-04720-ARR-TAM<br><br>**NOTICE OF APPEARANCE** |

**PLEASE TAKE NOTICE,** that Marshall Dennehey, P.C. hereby enters an appearance as counsel for Defendant, Alaska Group, LLC and requests that copies of all papers, notices and other matters filed in this case be provided to the undersigned.

Dated: New York, New York
       October 10, 2023

                              Yours, etc.

                              MARSHALL DENNEHEY. P.C.

BY: _____
                              R. David Lane Jr. (RL 2806)
                              *Attorneys for Defendant*
                              *Alaska Group, LLC*
                              Wall Street Plaza,88 Pine Street – 21st Floor
                              New York, NY  10005-1801
                              (203) 714-4565
                              *E-mail:  rdlane@mdwcg.com*