

Wall Street Plaza, 88 Pine Street, 21st Floor, New York, NY 10005-1801
(212) 376-6400  Fax (212) 376-6490

Direct Dial:  (203) 714-4565
Email:  rdlane@mdwcg.com

October 10, 2023

**VIA ECF**
Hon. Judge Allyne R. Ross
United States Magistrate Judge
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

      RE:    Charming Beats LLC v. Alaska Group LLC, et al
            Case No.: 1:23-cv-04720-ARR-TAM
            Our File No.:  TBA

Dear Judge Ross:

    My firm has just been retained to represent the defendant, Alaska Group LLC, in this matter.  Based upon the certificate of service filed on the docket, Alaska Group's deadline to respond to the Complaint is October 11, 2023.  I write to request an extension of time to move, answer, or otherwise respond to the Complaint until November 10, 2023.  This is Alaska Group's first request for an extension of time to respond to the Complaint.  I contacted Plaintiff's counsel in the early evening of October 9, 2023 with regard to this request but have not yet received a response.  This request does not affect any other previously scheduled dates.  Based upon a review of the docket, it appears that not all Defendants in this matter have been served.

    Thank you for your attention to this matter.

                                                Respectfully submitted,

                                                R. David Lane, Jr.

RDL:dml

cc:    All Counsel (via ECF)

LEGAL/156720935.v1

A PROFESSIONAL CORPORATION  |  PA  NJ  DE  OH  FL  NY  |  www.marshalldennehey.com